UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20397-ALTMAN/SANCHEZ(s)(s)

UNITED STATES OF AMERICA

vs.

OSMEL BENITEZ,
    a/k/a "El Manco,"

        Defendant.
_____/

## STIPULATED FACTUAL PROFFER

The United States of America and OSMEL BENITEZ, also known as "El Manco," (hereinafter referred to as the "defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

**The Offenses**

1. **Count 1:** From on or about May 16, 2024, through on or about May 20, 2024, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendant knowingly and willfully conspired with Victor Rafael Arcia Albeja, also known as "Vitico" ("ARCIA ALBEJA"), Yoelys Prada Ramos, also known as "Yoelis Prada Ramos," "Bot Marley," and "El Bolaito" ("PRADA RAMOS"), Jose Angel Marrero Rodriguez ("MARRERO RODRIGUEZ"), Victor Manuel Perez Cardenas ("PEREZ CARDENAS"), and Jhonny Walther Izaguirre Lopez, also known as "El Mejicano" ("IZAGUIRRE LOPEZ") to willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold any person, for reward and otherwise, and to transport such person in interstate and foreign commerce, and use

any means, facility, and instrumentality of interstate and foreign commerce in the commission and in furtherance of the commission of this offense, in violation of 18 U.S.C. § 1201(a)(1). All in violation of 18 U.S.C. § 1201(c).

2. **Count 7:** From on or about May 16, 2024, through on or about May 20, 2024, in Miami-Dade and Monroe Counties, in the Southern District of Florida, and elsewhere, the defendant knowingly and willfully conspired with ARCIA ALBEJA, PRADA RAMOS, and PEREZ CARDENAS, to (a) knowingly bring to the United States in any manner whatsoever an alien, knowing that said person was an alien, at a place other than a designated port of entry and place other than as designated by the Commissioner or the Secretary of Homeland Security, in violation of 8 U.S.C. §1324(a)(1)(A)(i); (b) knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of 8, U.S.C. § 1324(a)(1)(A)(ii); and (c) knowing and in reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, conceal, harbor, and shield from detection, such alien, in any place, including any building or any means of transportation, in violation of 8, U.S.C. § 1324(a)(1)(A)(iii). All in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), and for the purpose of commercial advantage and private financial gain.

3. **Count 9:** From on or about May 16, 2024, through on or about May 20, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant knowingly and willfully conspired with ARCIA ALBEJA, PRADA RAMOS, MARRERO RODRIGUEZ, and IZAGUIRRE LOPEZ, to knowingly provide and obtain the labor and services of a person by

any one of, or by any combination of, the following means: (1) force, threats of force, physical restraint, and threats of physical restraint to that person and another person; (2) serious harm and threats of serious harm to that person and another person; (3) the abuse and threatened abuse of law and legal process; and (4) any scheme, plan, and pattern intended to cause the person to believe that, if that person did not perform such labor and services, that person and another person would suffer serious harm and physical restraint, in violation of 18 U.S.C. § 1589(a).   All in violation of 18 U.S.C. § 1594(b).

4. **Count 10:**   From on or about May 16, through on or about May 20, 2024, in Miami-Dade, in the Southern District of Florida, and elsewhere, the defendant knowingly and willfully conspired with ARCIA ALBEJA, MARRERO RODRIGUEZ, and IZAGUIRRE LOPEZ, to use and carry a firearm during and in relation to a crime of violence, that is a violation of 18 U.S.C. § 1952(a)(2) and (B), and to possess a firearm in furtherance of such crime of violence, in violation of 18 U.S.C. § 924(o).

5. **Count 11:**   From on or about May 17, 2024, through on or about May 20, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant did knowingly aid and abet travel in interstate commerce and the use of a facility in interstate commerce with the intent to commit a crime of violence to further unlawful activity, and thereafter performed a crime of violence against W.P.G., that is, (1) aggravated assault with a deadly weapon, in violation of Fla. Stat. §§ 784.021(1)(a), and 784.011(1), and (2) aggravated battery with a deadly weapon, in violation of Fla. Stat. §§ 784.045(1)(a)2, and 784.03(1)(a), to further unlawful activity, in violation of 18 U.S.C. §§ 1952(a)(2) and (B), and 2.   The unlawful activity furthered by the crime of violence was extortion, in violation of 18 U.S.C. § 875(b), and Fla. Stat. § 836.05.

6. **Count 12:** From on or about May 18, 2024, through on or about May 20, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant did knowingly use and carry a firearm during and in relation to a crime of violence, that is the violation of 18 U.S.C. § 1952(a)(2), referred to in paragraph 5, and did knowingly possess a firearm in furtherance of that crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2; and a firearm was brandished, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

**The Offense Conduct**

7. In May 2024, the defendant, ARCIA ALBEJA, PEREZ CARDENAS, PRADA RAMOS, MARRERO RODRIGUEZ, IZAGUIRRE LOPEZ, and other persons, conspired to smuggle aliens from Cuba to the Southern District of Florida by boat. The conspirators (the "enterprise") agreed that when the aliens arrived in the United States the enterprise would hold the aliens captive until they paid their smuggling fees in the amount of approximately $15,000 per alien. Moreover, the enterprise members agreed that if necessary, they would beat and threaten the aliens, and threaten the aliens' families and friends, to extort payment of the smuggling fees.

8. On or about May 17, 2024, in furtherance of the conspiracy, the defendant provided ARCIA ALBEJA, and PEREZ CARDENAS, with a vessel (the "smuggling vessel") to transport aliens from Cuba to the Southern District of Florida. The defendant also provided ARCIA ALBEJA, and PEREZ CARDENAS with a satellite phone, so they could communicate with other members of the conspiracy during their voyage to and from Cuba.

9. On or about May 17, 2024, ARCIA ALBEJA, and PEREZ CARDENAS, drove the smuggling vessel from the Southern District of Florida to Cuba, where they picked up a group of

aliens, including W.P.G., Y.S.M., I.G.A., N.D.R.Q., and J.C., and began the voyage back to the Southern District of Florida.

10. During the early morning of May 18, 2024, ARCIA ALBEJA, and PEREZ CARDENAS, drove the smuggling vessel, with the aliens on board, to the shoreline of Key Largo, in Monroe County, in the Southern District of Florida. Upon arrival at Key Largo, ARCIA ALBEJA, and PEREZ CARDENAS ordered the aliens to disembark into the water and wade ashore. PEREZ CARDENAS, who was carrying a firearm, disembarked with the aliens. After PEREZ CARDENAS and the aliens had disembarked. ARCIA ALBEJA drove the smuggling vessel from Key Largo to a marina in Miami-Dade County. After disembarking from the smuggling vessel, PEREZ CARDENAS guided most of the aliens to a rendezvous point on a nearby road, where the defendant and other co-conspirators were waiting with vehicles to transport the aliens to Miami-Dade County. While enroute to the rendezvous point, some of the aliens ran away from PEREZ CARDENAS. When the defendant met PEREZ CARDENAS and the remaining aliens at the rendezvous point, he was carrying and brandishing a firearm. When the defendant learned that some of the aliens had escaped, he became angry and vowed to capture the runaways. The defendant declared that he/they would "track them like pigs."

11. During the morning of May 18, 2024, members of the enterprise transported the remaining aliens, including W.P.G., Y.S.M., I.G.A., N.D.R.Q., and J.C., from the rendezvous point on Key Largo, to a house in Miami Gardens owned by the defendant's wife (the "safe house"). In particular, PEREZ CARDENAS transported W.P.G. and N.D.R.Q. from Key Largo to the safe house. The defendant, PRADA RAMOS, MARRERO RODRIGUEZ, IZAGUIRRE LOPEZ, were at the safe house at various times when the aliens were there.

12. On May 18, 2024, MARRERO RODRIGUEZ met W.P.G. at the safe house. MARRERO RODRIGUEZ brandished a firearm to W.P.G. and declared that if W.P.G. attempted to flee like the others, W.P.G. would get "plomo" (meaning lead, or a bullet).

13. On May 18, 2024, at the safe house, some of the aliens paid their smuggling fees and were released; however, W.P.G., Y.S.M., I.G.A., N.D.R.Q., J.C., and others were unable to pay.

14. On May 18, 2024, members of the enterprise transported those aliens who could not pay their smuggling fees, including W.P.G., Y.S.M., I.G.A., N.D.R.Q., and J.C., to a farm property in northwest Miami-Dade County (the "farm property"). The defendant, ARCIA ALBEJA, PEREZ CARDENAS, PRADA RAMOS, MARRERO RODRIGUEZ, IZAGUIRRE LOPEZ, and other members of the enterprise went to the farm property to be with the aliens. At the farm property, the defendant, ARCIA ALBEJA, and IZAGUIRRE LOPEZ brandished firearms to confine and hold the aliens. ARCIA ALBEJA also had a stick, which he used to beat some of the aliens, including Y.S.M., I.G.A., and N.D.R.Q.

15. On May 18, 2024, at the farm property, the defendant, PRADA RAMOS, IZAGUIRRE LOPEZ, and other enterprise members told the aliens to contact family and friends to get money to pay their smuggling fees. IZAGUIRRE LOPEZ used his phone to contact the aliens' family members and friends and demand payment of the aliens' debts to the enterprise. IZAGUIRRE LOPEZ threatened the aliens' families and friends that the aliens would be harmed if they did not pay.

16. On May 18, 2024, at the farm property, the defendant and other enterprise members made W.P.G. stand on a short stump or platform. Enterprise members, including PEREZ

CARDENAS, used cell phones to videorecord what they were doing to W.P.G. The defendant put his firearm down and picked up a machete. The defendant pointed the machete at W.P.G.'s chest, while another enterprise member put a noose that was tied to a tree around W.P.G.'s neck. The defendant then began to strike W.P.G. with the flat side of the machete. This striking did not cause W.P.G. injury or serious bodily harm. W.P.G. begged the defendant and the other enterprise members not to kill him. To encourage W.P.G.'s family to pay his smuggling fee, a member of the enterprise sent a video of the mock hanging and beating of W.P.G., to W.P.G.'s wife in Cuba, by text message or email. W.P.G.'s wife sent the video to a relative in Florida, from whom the enterprise was attempting to extort W.P.G.'s smuggling fee.

17. On May 18, 2024, at the farm property, W.P.G., Y.S.M., I.G.A., and N.D.R.Q., proved unable to pay their smuggling fees. Therefore, the defendant, ARCIA ALBEJA, PRADA RAMOS, MARRERO RODRIGUEZ, and IZAGUIRRE LOPEZ, withdrew from the aliens, to discuss what to do next. During this discussion, PRADA RAMOS and IZAGUIRRE LOPEZ proposed that W.P.G., Y.S.M., I.G.A., and N.D.R.Q. would go with IZAGUIRRE LOPEZ to Louisiana to work for IZAGUIRRE LOPEZ's construction company and pay their debts. The defendant, ARCIA ALBEJA, and MARRERO RODRIGUEZ, agreed with this proposal. Accordingly, IZAGUIRRE LOPEZ, and the other enterprise members, approached W.P.G., Y.S.M., I.G.A., and N.D.R.Q, and told them that they would have to go with IZAGUIRRE LOPEZ to Louisiana where they would work off their debts. W.P.G., Y.S.M., I.G.A., and N.D.R.Q. agreed to go to Louisiana with IZAGUIRRE LOPEZ to pay their smuggling debts, because they feared they might otherwise be killed or seriously injured.

18. On May 18, 2024, IZAGUIRRE LOPEZ transported W.P.G., Y.S.M., I.G.A., and N.D.R.Q from the farm property to a Motel 6 in Miami. IZAGUIRRE LOPEZ booked two rooms at the motel, one for himself and MARRERO RODRIGUEZ, and another for W.P.G., Y.S.M., I.G.A., and N.D.R.Q. IZAGUIRRE LOPEZ, MARRERO RODRIGUEZ, W.P.G., Y.S.M., I.G.A., and N.D.R.Q., remained at the Motel 6 until May 20, 2024, when IZAGUIRRE LOPEZ checked out of the rooms. At the Motel 6, MARRERO RODRIGUEZ brandished a firearm at W.P.G., Y.S.M., I.G.A., and N.D.R.Q, and declared words to the effect of "If you are going to run, I know people in the United States, and I will find you." Further, at the Motel 6, ARCIA ALBEJA pointed a gun at W.P.G. During their stay at the Motel 6, W.P.G., Y.S.M., I.G.A., and N.D.R.Q. understood that they were not free to leave.

19. On May 20, 2024, IZAGUIRRE LOPEZ went to an Enterprise rent a car office in Miami, where he rented a Ford Edge with Florida tag no. BM79ZA. IZAGUIRRE LOPEZ then began driving the Ford Edge, with W.P.G., Y.S.M., I.G.A., and N.D.R.Q. as passengers, to Louisiana.

20. On May 20, 2024, at approximately 9:34 p.m., Florida State Troopers stopped the Ford Edge with Florida tag no. BM79ZA as it was travelling in the northbound lane of State Road 91 (Florida's Turnpike), in Sumter County, Florida. The troopers ordered the five occupants of the vehicle to get out. They identified IZAGUIRRE LOPEZ as the driver, and he produced a Louisiana driver's license. The troopers arrested IZAGUIRRE LOPEZ and took W.P.G., Y.S.M., I.G.A., and N.D.R.Q. into custody.

SO STIPULATED by the parties and their legal counsel.

Date: 5/5/2025        By: _____
                          HAYDEN P. O'BYRNE
                          UNITED STATES ATTORNEY

                          DWAYNE EDWARD WILLIAMS
                          ASSISTANT UNITED STATES ATTORNEY

Date: 5/5/2025        By: _____ for
                          GENNARO CARIGLIO, JR., ESQ.
                          ATTORNEY FOR DEFENDANT

Date: 5/5/2025        By: _____
                          OSMEL BENITEZ
                          DEFENDANT